1  COOLEY LLP

2  WILLIAM P. DONOVAN, JR. (SBN 155881)
   wdonovan@cooley.com
3  1333 2nd Street, Suite 400
   Santa Monica, CA 90401
4  Telephone: (310) 883-6400
   Facsimile: (310) 883-6500
5
   ANNE PECK (SBN 124790)
6  peckah@cooley.com
   AARON FENNIMORE (SBN 251602)
7  afennimore@cooley.com
   3175 Hanover Street
8  Palo Alto, CA 94304
   Telephone: (650) 843-5000
9  Facsimile: (650) 849-7400

10 MATTHEW D. CAPLAN (SBN 260388)
   mcaplan@cooley.com
11 101 California Street, 5th Floor
   San Francisco, CA 94111-5800
12 Telephone: (415) 693-2000
   Facsimile: (415) 693-2222
13
   Attorneys for Defendants
14 ELITE WORLD, S.A., S.M.S. FINANCE,
   S.A., PACIFIC GLOBAL MANAGEMENT,
15 S.A.R.L., PACIFIC CAPITAL, S.A.R.L.,
   ELITE MODEL MANAGEMENT, S.A.R.L.,
16 AND ELITE LICENSING COMPANY, S.A.

17                UNITED STATES DISTRICT COURT

18                CENTRAL DISTRICT OF CALIFORNIA

19

20 ME RENEE LLC,                          | Case No. 14-cv-03299-R (MRWx)
21          Plaintiff,                    | *Assigned to the Hon. Manuel L. Real*
22     v.                                 | **DEFENDANT ELITE LICENSING COMPANY, S.A.'S CORPORATE DISCLOSURE STATEMENT**
23 ELITE WORLD, S.A., et al.,
24          Defendants.
25

26

27

28

1  Pursuant to its obligations under Federal Rule of Civil Procedure 7.1,
2  defendant Elite Licensing Company, S.A. states that its parent company is
3  defendant Elite World, S.A. Shares of Elite World, S.A. are publicly traded on the
4  Frankfurt Stock Exchange. No publicly held corporation owns 10% or more of
5  Elite World, S.A.'s stock.

Dated: June 20, 2014

COOLEY LLP
WILLIAM P. DONOVAN, JR.

/s/ William P. Donovan, Jr.
William P. Donovan, Jr.
Attorneys for Defendants ELITE WORLD, S.A., S.M.S. FINANCE, S.A., PACIFIC GLOBAL MANAGEMENT, S.A.R.L., PACIFIC CAPITAL, S.A.R.L., ELITE MODEL MANAGEMENT, S.A.R.L., AND ELITE LICENSING COMPANY, S.A.

108219426 v1