1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ME RENEE LLC, | Case No. 14-cv-03299-R (MRWx) |
|---|---|
| Plaintiff, | *Assigned to the Hon. Manuel L. Real* |
| v. | **JUDGMENT IN FAVOR OF DEFENDANTS ELITE WORLD, S.A., S.M.S. FINANCE, S.A., PACIFIC GLOBAL MANAGEMENT, S.A.R.L., PACIFIC CAPITAL S.A.R.L., ELITE MODEL MANAGEMENT, S.A.R.L., AND ELITE LICENSING COMPANY, S.A.** |
| ELITE WORLD, S.A., et al., | |
| Defendants. | |

1    **WHEREAS**, on October 23, 2013, plaintiff Me Renee LLC ("Me Renee") filed the Complaint in this action against Elite Licensing Company, S.A. ("Elite Licensing"), Elite World, S.A., Elite Model Management, S.A.R.L., Pacific Capital S.A.R.L., and Bernard Hennet in the Superior Court of the State of California for the County of Los Angeles;

**WHEREAS**, on December 23, 2013, Me Renee filed the operative First Amended Complaint in this action adding S.M.S. Finance, S.A., and Pacific Global Management, S.A.R.L. as defendants;

**WHEREAS**, on April 29, 2014, defendants Elite World, S.A., S.M.S. Finance, S.A., Pacific Global Management, S.A.R.L., and Pacific Capital S.A.R.L. removed this action to the United States District Court for the Central District of California;

**WHEREAS**, on June 5, 2014, defendants Elite World, S.A., S.M.S. Finance, S.A., Pacific Global Management, S.A.R.L., and Pacific Capital S.A.R.L. moved to dismiss all of the claims asserted against them in this action;

**WHEREAS,** on June 19, 2014, Me Renee filed a proof of service claiming Me Renee served Mr. Hennet with the summons and complaint in this action, but Mr. Hennet has not appeared, and Me Renee has not requested entry of his default;

**WHEREAS**, on July 1, 2014, defendant Elite Model Management, S.A.R.L. moved to dismiss all of the claims asserted against it in this action;

**WHEREAS**, on July 1, 2014, Elite Licensing moved to dismiss each claim asserted against it, except for the breach of contract claim;

**WHEREAS**, on August 7, 2014 the Court granted all of the defendants motions to dismiss in their entirety;

**WHEREAS**, on October 20, 2014, Elite Licensing moved for summary judgment on Me Renee's breach of contract claim, the sole remaining cause of action asserted against it; and

**WHEREAS**, on December 15, 2014, the Court granted Elite Licensing's motion for summary judgment.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. All of Me Renee's claims against defendants Elite World, S.A., S.M.S. Finance, S.A., Pacific Global Management, S.A.R.L., Pacific Capital S.A.R.L., Elite Model Management, S.A.R.L., and Elite Licensing are dismissed with prejudice and judgment shall be entered in favor of each of them;

2. Me Renee shall take nothing by way of its complaint from defendants Elite World, S.A., S.M.S. Finance, S.A., Pacific Global Management, S.A.R.L., Pacific Capital S.A.R.L., Elite Model Management, S.A.R.L., and Elite Licensing;

3. Defendants Elite World, S.A., S.M.S. Finance, S.A., Pacific Global Management, S.A.R.L., Pacific Capital S.A.R.L., Elite Model Management, S.A.R.L., Elite Licensing, and each of them, shall be entitled to recover their costs to the extent permitted by Federal Rule of Civil Procedure 54 and 28 U.S.C. § 1920;

4. Me Renee, Elite World, S.A., S.M.S. Finance, S.A., Pacific Global Management, S.A.R.L., Pacific Capital S.A.R.L., Elite Model Management, S.A.R.L., and Elite Licensing shall each bear their own respective attorneys' fees incurred in connection herewith; and

5. The Court retains jurisdiction to enforce this judgment and its previous orders.

The Court, finding that there is no just reason for delay, hereby directs the Clerk to enter this final judgment as to defendants Elite World, S.A., S.M.S. Finance, S.A., Pacific Global Management, S.A.R.L., Pacific Capital S.A.R.L., Elite Model Management, S.A.R.L., and Elite Licensing, pursuant to Federal Rules of Civil Procedure 54(b) and 58, forthwith.

Dated: JANUARY 8, 2015

_____
*Hon. Manuel L. Real*
United States District Judge